835 A.2d 707

COMMONWEALTH of Pennsylvania, Respondent

v.

James REVERE, Petitioner.

Supreme Court of Pennsylvania.

Nov. 14, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of November, 2003, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Whether the Superior Court erred in reading an exigent circumstances exception into the probable cause requirement announced by this Court in *Commonwealth v. Lovette*, 498 Pa. 665, 450 A.2d 975 (1982)